UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN E.E. FRANKLIN, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | 1:12-cv-129-TWP-TAB |
| ) | |
| AMERICAN HERITAGE LIFE INSURANCE ) | |
| COMPANY, ) | |
|     Defendant. ) | |

## ADOPTION

The Magistrate Judge submitted his Report and Recommendation on the parties' cross motions for summary judgment. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report, approves and adopts the Magistrate Judge's Report and Recommendation.

Defendant's motion for summary judgment [Docket No. 48] is therefore granted and Plaintiff's motion for summary judgment [Docket No. 60] is denied. Judgment shall issue accordingly.

DATED:  07/19/2013

                                                    Hon. Tanya Walton Pratt, Judge
                                                  United States District Court
                                                  Southern District of Indiana

Copies to:

Lance V. Clack
FIGARI & DAVENPORT, L.L.P.
lance.clack@figdav.com

Steven Kenneth Huffer
S.K. HUFFER & ASSOCIATES, P.C.
steveh@hufferlaw.com

Andrew G. Jubinsky
FIGARI & DAVENPORT, LLP
andy.jubinsky@figdav.com

Dennis Francis McCrosson III
MCCROSSON & ASSOCIATES
dmccross@mccrossonlaw.com

Ryan S. McCrosson
MCCROSSON & ASSOCIATES
rmccrosson@mccrossonlaw.com